IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Kansas City Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 20-20042-01-DDC-TJJ |
| v. ) | |
| ) | |
| TRAVIS BRONSON ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about November 15, 2017, in the District of Kansas, the defendant,

**TRAVIS BRONSON,**

did knowingly distribute, in interstate and foreign commerce, by means of a computer, visual depictions of minors, the production of which involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct, in that the defendant ran a publicly available peer-to-peer software that offered to share images of child pornography via the Internet, in violation of Title 18, United States Code, Section 2252(a)(2).

### COUNT 2

On or about February 1, 2018, in the District of Kansas, the defendant,

1

**TRAVIS BRONSON,**

did knowingly and intentionally possess one or more materials which contained visual depictions of minors, the production of which involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct that had been mailed, shipped, and transported by any means including computer, in interstate or foreign commerce, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Upon conviction of the offenses identified in Counts 1 and 2, the defendant,

**TRAVIS BRONSON**,

shall forfeit to the United States of America, pursuant to 18 U.S.C. Section 2253(a), any and all property used or intended to be used in any manner or part to commit or to promote the commission of such offenses or any property traceable to such property, including but not limited to:

1. Macbook Pro Serial Number C02L24AZFFT1
2. Western Digital Hard Drive Serial Number WX31E1398333
3. Western Digital Hard Drive Serial Number WX51AZ0N4015

All pursuant to Title 18, United States Code, Section 2253(a).

A TRUE BILL.

Dated: July 1, 2020                                    /s/ *Foreperson*
                                                       FOREPERSON


*s/ Kim I. Flannigan*, KS Bar. No. 13407 for
STEPHEN R. MCALLISTER
United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Stephen.McAllister@usdoj.gov
(913) 551-6730
(913) 551-6541 (fax)
Ks. S. Ct. No. 15845

(It is rquested that trial of the above captioned case be held in Kansas City, Kansas.)

## PENALTIES:

**Count 1          18 U.S.C. § 2252(a)(2) - Distribution of Child Pornography**

- NLT 5 years NMT 20 years incarceration;
- $250,000.00 Fine;
- NLT 5 years and NMT life SR; and
- $100.00 Special Assessment Fee

If the defendant has a prior conviction relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or a ward:

- NLT 15 years and NMT 20 years incarceration;
- $250,000.00 Fine;
- NLT 5 years and NMT life SR; and
- $100.00 Special Assessment Fee

**Count 2          18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography**

- NMT 10 years incarceration;
- $250,000.00 Fine;
- NLT 5 years and NMT life SR; and
- $100.00 Special Assessment Fee

If any visual depiction involved a prepubescent minor or a minor who had not attained the age of 12 years of age:

- NMT 20 years incarceration;
- NMT 250,000 fine;
- NLT 5 years and NMT life SR; and
- $100 Special Assessment

If the defendant has a prior conviction relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or a ward:

- NLT 10 years and NMT 20 years incarceration;
- $250,000.00 Fine;
- NLT 5 years and NMT life SR; and
- $100.00 Special Assessment Fee