IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 20-20042-DDC ) |
| TRAVIS BRONSON, | ) ) |
| Defendant. | ) ) ) |

## MOTION OF THE UNITED STATES FOR A FINAL ORDER OF FORFEITURE

COMES NOW the United States of America, by and through Aaron L. Smith, Assistant United States Attorney, and respectfully moves the Court for a Final Order of Forfeiture in the above case, and in support thereof represents to the Court the following:

1. On **July 29, 2021**, the Court entered a Preliminary Order of Forfeiture (**Doc. 33**) that forfeited to the United States the following property subject to any third-party claims:

    **A.**   **MacBook Pro, SN: C02L24AZFFT1;**

    **B.**   **Western Digital hard drive, SN: WX31E1398333; and**

    **C.**   **Western Digital hard drive, SN: WX51AZ0N4015.**

2. Pursuant to Federal R.Crim.Pro. 32.2(b)(6), third parties asserting a legal interest in the above-described forfeited property are entitled to a judicial determination of the validity of the legal claims or interests they assert.

3. The United States published notification of the Court's Preliminary Order of Forfeiture on an official government internet website, www.forfeiture.gov, for at least 30 consecutive days, beginning on **August 31, 2021,** as required by Rule G(4)(a)(iv)(c) of the

1

Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. (**Doc. 44**).

5. On September 13, 2021, the United States Marshals Service sent a copy of the Preliminary Order of Forfeiture and the Notice of Forfeiture by both certified mail, return receipt requested, and first-class mail to the current resident where the property was seized. According to the certified receipt, it was delivered on September 20, 2021, (Doc. 46).

4. The Notice of Forfeiture advised that any person asserting a legal interest in the property identified in Paragraph 2, above may within 60 days of first publication, or 30 days of receipt of actual notice, petition the Court for a hearing to adjudicate the validity of his/her alleged interest in the property.

5. No claims or petitions have been filed or any interest asserted in the subject property. Therefore, any third party interests are barred and defaulted. Accordingly, the United States seeks a final order of forfeiture.

WHEREFORE, the United States respectfully moves this Court for a Final Order of Forfeiture declaring the property forfeited as to all persons and vesting full right, title and interest to the property in the United States, and directing the United States Marshals Service to dispose of the property according to law.

Respectfully Submitted,

DUSTON J. SLINKARD
Acting United States Attorney

/s/Aaron L. Smith
AARON L. SMITH, #20447
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Fax: (316) 269-6484
Aaron.smith3@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2021, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record for defendant.

/s/Aaron L. Smith
AARON L. SMITH, #20447
Assistant United States Attorney